IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAPHASE ENGINEERING, INC., WILLIAM CARSON, JEFF RAINES, PETER ZAWISLANSKI, and ANDREW ROMOLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIS, U.S., INC.,<br><br>Defendant.<br>_____/ | No. C 10-04647 JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

This matter comes before the Court upon consideration of the motion for a temporary restraining order filed by Plaintiff Terraphase Engineering Inc., William Carson, Jeff Raines, Peter Zawislanski and Andrew Romolo ("Plaintiffs").

Defendant Arcadis, U.S., Inc. ("Defendant") is HEREBY ORDERED to e-file its response to Plaintiffs' motion not exceed fifteen pages by no later than 3:00 p.m. on Friday, December 10, 2010, and shall hand deliver a copy of its response to the Court's chambers by no later than 4:00 p.m. on that date.

Plaintiffs may file and serve a reply brief not to exceed ten pages by no later than 3:00 p.m. on Monday, December 13, 2010, and shall cause a copy of that brief to be hand-delivered to the Court's chambers by no later than 4:00 p.m. on that date.

The Court FURTHER ORDERS that this matter shall be set for a hearing on Friday, December 17, 2010 at 9:00 a.m., but reserves the right to vacate the hearing if, after considering

the parties papers it determines that a hearing is not warranted.

**IT IS SO ORDERED.**

Dated: December 8, 2010

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE