1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, California 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:   (408) 998-4790

   Attorneys for Defendant
9  ARCADIS, U.S., INC.

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  TERRAPHASE ENGINEERING, INC., WILLIAM CARSON, JEFF RAINES, PETER ZAWISLANSKI, AND ANDREW ROMOLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIS, U.S., INC.,<br><br>Defendant. | CASE NO. C10-04647 JSW<br><br>**DISMISSAL WITHOUT PREJUDICE OF ARCADIS U.S. INC.'S FIRST COUNTER-CLAIM AND [PROPOSED] ORDER**<br><br>**[FRCP 41]** |

PURSUANT TO THE COURT'S ORDER OF DECEMBER 17, 2010 ON PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ("ORDER"), ARCADIS U.S. INC. HEREBY MOVES THIS COURT TO:

1. Dismiss without prejudice ARCADIS U.S., Inc.'s First Counter-Claim as to all parties pursuant to Rules 41(c)(1) of the Federal Rules of Civil Procedure and the Court's Order.

/ / /

/ / /

/ / /

/ / /

2. The fees and costs associated with the events and actions leading up the Court's Order and this Dismissal have been resolved by stipulation of the parties.

Dated: December 23, 2010

/s/
John V. Picone III
HOPKINS & CARLEY, a Law Corporation
Attorneys for Plaintiff and Counter-Defendant
ARCADIS U.S., INC.

**ORDER**

The Court has reviewed the request set forth above and finds it to be in order and in the interests of justice in this matter. Therefore,

IT IS ORDERED that:

3. Defendant ARCADIS U.S., Inc.'s First Counter-Claim is dismissed without prejudice as to all parties pursuant to Rules 41(c)(1) of the Federal Rules of Civil Procedure and the Court's Order.

4. The fees and costs associated with the events and actions leading up the Court's Order and this Dismissal have been resolved by stipulation of the parties.

Dated: January 3, 2011

Honorable Jeffrey S. White
United States District Court Judge