1  CROWELL & MORING LLP
   J. Daniel Sharp (CSB No. 131042; dsharp@crowell.com)
2  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
3  Telephone: 415.986.2800
   Facsimile: 415.986.2827
4
   CROWELL & MORING LLP
5  James E. Kellett (jkellett@crowell.com)
   *(Pro Hac Vice* Pending)
6  590 Madison Avenue, 20th Floor
   New York, NY 10022
7  Telephone: 212.223.4000
   Facsimile: 212.223.4134
8
   Attorneys for Defendant
9  ARCADIS, U.S., Inc.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13
   TERRAPHASE ENGINEERING INC., a         Case No. C 10-04647 JSW
14 California corporation, WILLIAM
   CARSON, JEFF RAINES, PETER             [PROPOSED] ORDER GRANTING
15 ZAWISLANSKI, and ANDREW                APPLICATION FOR ADMISSION OF
   ROMOLO,                                JAMES E. KELLETT *PRO HAC VICE*
16
                Plaintiffs,
17
        v.
18
   ARCADIS, U.S., INC.,
19
                Defendant.
20

21      James E. Kellett, whose address and telephone number is Crowell & Moring LLP, 590

22 Madison Avenue, 20th Floor, New York, NY 10022, (212) 223-4000, and who is an active

23 member in good standing of the bar of the State of New York; the U.S. District Courts for the

24 Southern, Eastern and Western Districts of New York; the bar of the State of New Jersey; the

25 U.S. District Court of New Jersey; the U.S. District Courts for the Northern, Central and Southern

26 Districts of Illinois; the U.S. District Court for the Southern District of Indiana; the U.S. District

27 Court for the Eastern District of Michigan; the U.S. Supreme Court; the U.S. Court of Appeals for

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO
HAC VICE*; CASE NO. C 10-04647 JSW

SFACTIVE-099000.0002313/902224325.1

1  the First, Second, Third, Sixth and Ninth Circuits, having applied in the above-entitled action for
2  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
3  ARCADIS, U.S., INC.
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  will constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order No. 45, Electronic Case Filing.

Dated: JAN 0 7 2011

                                        Jeffrey S. White
                                   United States District Judge

902223065_1.DOCX