John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

**mailing address:**
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendant
ARCADIS, U.S., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRAPHASE ENGINEERING, INC., WILLIAM CARSON, JEFF RAINES, PETER ZAWISLANSKI, AND ANDREW ROMOLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIS, U.S., INC.,<br><br>Defendant. | CASE NO.  C10-04647 JSW<br><br>**APPLICATION & [PROPOSED] ORDER FOR WITHDRAWAL OF HOPKINS & CARLEY AS COUNSEL FOR DEFENDANT ARCADIS, U.S., INC.** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant ARCADIS, U.S. Inc., substitutes J. Daniel Sharp and, subject to the Court's approval *pro hac vice,* James E. Kellett, of CROWELL & MORING LLP  as its attorneys of record in this action in place of John V. Picone III, and Jennifer S. Coleman of the law firm of HOPKINS & CARLEY, ALC.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

APPLICATION FOR WITHDRAWAL OF COUNSEL
SFACTIVE-902224410.1

C10-04647 JSW

Defendant's former counsel and attorneys of record, Mr. Picone, Ms. Coleman, and Hopkins & Carley, ALC, 70 South First Street, San Jose, California 95113. Telephone: (408) 286-9800, Facsimile: (408) 998-4790, seek the entry of an order pursuant to Local Rule 11-5(a) relieving them of the responsibilities as Counsel of Record.

Pursuant to the Notice of Appearance filed in this action, J. Daniel Sharp of CROWELL & MORING LLP has appeared as Counsel of Record for defendant, effective immediately, and will replace HOPKINS & CARLEY, a Law Corporation as Counsel of Record. All pleadings and notices should henceforth be served upon:

J. Daniel Sharp
Crowell & Moring LLP
275 Battery Street, 23rd Floor
San Francisco CA 94111
Tel: (415) 986-2800
Fax: (415) 986-2827
Email: dsharp@crowell.com

Consent to the above substitution is given by ARCADIS, U.S., Inc.:

Dated: January 12, 2011

_____
Gerard P. Cavaluzzi, Esq.
Authorized agent of ARCADIS, U.S., Inc.


I consent to the above substitution:

Dated: January 12, 2011

CROWELL & MORING LLP

_____
J. Daniel Sharp
Attorneys for Defendant
ARCADIS, U.S., Inc.


I consent to the above substitution:

Dated: January 11, 2011

HOPKINS & CARLEY
A Law Corporation

_____
John V. Picone III

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\806212.1

- 2 -

APPLICATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER

C10-04647 JSW

1  IT IS HEREBY ORDERED THAT the withdrawal of Hopkins & Carley ALC as counsel of
2  record for Defendant ARCADIS, U.S., Inc. is hereby approved based on the substitution of
3  Crowell & Moring LLP as counsel of record for Defendant.

4  Dated: January 13, 2011

5

6  _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

7  614\806001.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 3 -

APPLICATION FOR WITHDRAWAL OF COUNSEL
SFACTIVE-902224410.1

C10-04647 JSW