UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAPHASE ENGINEERING INC., a California corporation, WILLIAM CARSON, JEFF RAINES, PETER ZAWISLANSKI, and ANDREW ROMOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIS, U.S., INC.,<br><br>Defendant. | Case No. 10-04647 JSW<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

Pursuant to the joint stipulation of the parties, the initial Case Management Conference in the within action is hereby continued from May 6, 2011 at 1:30 p.m. to May 13, 2011 at 1:30 p.m.

**IT IS SO ORDERED**.

Date: May  2 , 2011

_____
Judge Jeffrey S. White
United States Judge

---

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Case # 10-04647