Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
BRAUNHAGEY LLP
2907 Claremont Ave., Ste. 220
Berkeley, CA 94705
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Attorneys for Plaintiffs Terraphase Engineering Inc.,
William Carson, Jeffrey Raines, Peter Zawislanski, and
Andrew Romolo

J. Daniel Sharp (SBN: 131042)
dsharp@crowell.com
James E. Kellett (pro hac vice)
jkellet@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2875

Attorneys for Defendant ARCADIS, U.S., Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRAPHASE ENGINEERING INC., a California corporation, WILLIAM CARSON, JEFF RAINES, PETER ZAWISLANSKI, and ANDREW ROMOLO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCADIS, U.S., INC.,<br><br>Defendant. | Case No. 10-04647 JSW<br><br>**AGREED ORDER OF DISMISSAL** |

It appearing to the satisfaction of the Court based upon the signatures below of counsel for Plaintiffs Terraphase Engineering Inc., William Carson, Jeff Raines, Peter Zawislanski and Andrew Romolo, and counsel for Defendant ARCADIS, U.S., INC., that the Parties hereto have agreed to

settle and compromise any and all claims and potential claims and counterclaims in this action, and to dismiss the litigation with prejudice, this action is hereby dismissed with prejudice, the Parties to bear their own costs, expenses and fees, except as otherwise agreed as part of the settlement between them. The Parties have agreed, and the Court orders, that this Court will retain personal jurisdiction over them and that this Court shall adjudicate any disputes arising from any breach of the Parties' settlement agreement, subject matter jurisdiction permitting.

**IT IS SO ORDERED** this, the  6th   day of May, 2011.

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

1
AGREED ORDER OF DISMISSAL

Case # 10-04647 JSW

|   |   |
|---|---|
| 1 | **AGREED TO AND SUBMITTED FOR ENTRY BY:** |
| 2 | |
| 3 | BRAUNHAGEY LLP |
| 4 | |
| 5 | By: /s/ |
| 6 | J. Noah Hagey, Esq. (SBN: 262331) hagey@braunhagey.com |
| 7 | Matthew Borden, Esq. (SBN: 214323) borden@braunhagey.com |
| 8 | 2907 Claremont Avenue, Ste. 220 Berkeley, CA 94705 |
| 9 | Telephone: (415) 599-0210 Facsimile: (415) 276-1808 |
| 10 | |
| 11 | *Attorneys for Plaintiffs Terraphase Engineering Inc., William Carson, Jeff Raines,* |
| 12 | *Peter Zawislanski, and Andrew Romolo* |
| 13 | |
| 14 | CROWELL & MORING LLP |
| 15 | |
| 16 | By: /s/ |
| 17 | J. Daniel Sharp (SBN: 131042) dsharp@crowell.com |
| 18 | James E. Kellett (*pro hac vice*) jkellet@crowell.com |
| 19 | 275 Battery Street, 23rd Floor San Francisco, CA 94111 |
| 20 | Telephone: (415) 986-2800 Facsimile: (415) 986-2875 |
| 21 | |
| 22 | *Attorneys for Defendant ARCADIS, U.S., Inc.* |